I AM VERY SAD Seriously Homeless After All these years After incarceration All my Life

UNITED STATES DISTRICT
COURT
CLERKS OFFICE
AND JUDGES
777 FLORIDA Street
BATON ROUGE LA 70801

DATE 4-23-2018

DATE OF INCIDENTS SINCE I WAS A child and Teenager until NOW

HEAVENLY
Sent By God
Jesus & HEAVENS
MR. BARON Johnson

VS

STATE
OF
LOUISIANA
JEFFERSON
PARISH
SHERRIFFS OFFICES & Cops
MR. SHERRIFF
NEWELL NORMAND
JEFFERSON PARISH
CORRECTIONAL CENTER JAIL
DR. Richeaux DR. SALcedo psychiatrists
MS. RUTH JACKSON
236 Robinson Ave
MARRERO LA 70072
DOCTOR LABADIE
SANDRA SUMLIN
JPHSA mental Health Clinic
5001 WestBank Expressway
MARRERO LA 70072
DR. DIETRICK
West Jeff Hospital
101 medical center Blvd.
MARRERO LA 70072
LOUISIANA Dep of Corrections
24th JUDICIAL DISTRICT COURT HOUSE OF JEFFERSON PARISH JUDGES
PAUL D. CONNICK JR. Dist Attorney supervisor
24TH A.O.F TEAM HARVEY LA 70058 TANISHA Johnson

I MR. BARON Johnson JPCC JAIL #598600 DPSO# 316875 I Am Filing Another 1983 FEDERAL CIVIL RIGHTS CONSTITUTIONAL RIGHTS VIOLATIONS OF ALL my RIGHTS THAT HAVE BEEN VIOLATED BY THE STATE OF LOUISIANA AND WASHINGTON DC BY THE PRESIDENTS OF THE UNITED STATES OF AMERICA AND THE GOVERNORS AND GOVERNORS IN THE PAST ALSO AND ALSO BY GOVERNMENTS AND LEGISLATURES AND BY ALL ALSO ALL ANY ENEMIES mentioned on the Left side of paper. AND I Have been Falsely Arrested ALL my Entire LIFE And Imprisoned SINCE I was 13 years old SIRS AND MAMS and have Also been Constantly Harrassed Also by cops And have been RAped And Agg. Raped and Sexually Assaulted and forcibly raped SINCE I was A child

AND I have BEEN INTENTIONALLY DENIED
ALL 1983 FEDERAL CIVIL LAWSUITS AND APPEALS
Filed AND GRIEVANCES Filed BY THE JEFFERSON
PARISH CORRECTIONAL CENTER JAIL SINCE I WAS 16 years
Old and Also By the STATE OF LOUISIANA
And By THE PRESIDENTS and Congress AND
LEGISTLATURES I have been through still CONSTANT
CRUEL AND UNUSUAL PUNISHMENTS ALL my LIFE
AND still CONSTANT CHILD ABUSES still Also
AND ALSO when I WAS A child coming up Also
I have serious severe scars All over my Body
Also I WAS Given A Lung Disease of HEPATITIS
By West Jefferson medical center Hospital through
operations And Needles AND I don't owe No One
Anything I Am being still Constantly Harrassed And
stalked since I was a teenager because I Never
had No REAL TRUTHFUL Girlfriends or Girlfriend
in my LIFE SPAN Also I have been And
still are being Robbed of REAL Housing
and Also Reliefs And Reliefs Damages
A House And FALSE Imprisonments And I was Hit by

SCARS AND RAN OVER Also LATELY by A CAR
WithIN the PAST 5 months AND people have been
trying to cover Everything up Also EVEN
the JEFFERSON PARISH SHERRIFFS OFFICES
AND THE 24th JUDICIAL DISTRICT COURT
HOUSE AND DISTRICT Attorneys AND
Lawyers I have severe SCARS All over
my Body FROM Severe LIFE THREATENING
INCIDENTS THAT has been happened too me
From the past AND Now AND I
have Also been Denied A House By [redacted]
the STATE OF LOUISIANA AND THE Governors
PRESIDENTS and Congress and Legislature
and Supreme court [redacted] AND THE
WHITE HOUSE AND I have been DENIED Every thing
because of False GOSSIPS AND I REQUEST A HEARING
by A FEDERAL COURT JUDGE OF BATON Rouge Louisiana
Not the EASTERN DISTRICT FEDERAL COURT 500 Poydras St.

CLERKS OFFICE

DEAR SIRS & mams

I Love Females ALL my LIFE Not No Faggotts

I have to have Love For them As Far As the Word of God Goes

But I Am THE Holy SPIRIT And A Form of JESUS CHRIST And THE World

REFUSE THE HEAVENS AND SATAN BECAUSE PEOPLE WERE CASTDOWN By God Jesus & THE HEAVENS

And God and Jesus and THE Holy Spirit Don't LIKE Ugly

And I don't [illegible] It Either Jesus say No one is [illegible]

RECEIVED
APR 25 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

From: Mr. Baron Johnson
PROBATION & PAROLE Office
Harvey STATE Bldg
2150 West BANK Expwy
Harvey LA 70058

[redacted]

SCREENED OK

MARKED

Do Not TAmper
with FEDERAL
mail AND
FEDERAL COURT
JUDGE'S mail of BATON Rouge

UNITED STATES POSTAGE PAID
GRETNA, LA
70053
APR 23, 18
AMOUNT
$1.00
R2305M146484-02

1000

70801

GRETNA
APR 23 2018
USPS

APR 23 2018
USPS

UNITED STATES
DISTRICT COURT

CLERKS OFFICE
[illegible]

To: 777 FLORIDA Street
BATON Rouge LA. 70801

ReadyPost
Document Mailer